IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUDISON GARCIA, on his own behalf and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED LOCATING SERVICES, LLC, and UNITED LOCATING SERVICES OF TEXAS, LLC,<br><br>    Defendants. | CV 24–57–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiffs' motion for the admission of attorney C. Ryan Morgan of Morgan & Morgan, P.A., *pro hac vice*, in the above-captioned matter. (Doc. 3.) It appears that Timothy C. Fox of Morgan & Morgan, P.A. will serve as local counsel in this matter. (*Id.* at 3.) Mr. Morgan's application (Doc. 3-1.) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Mr. Morgan does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Morgan shall take steps to register in the Court's

1

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Morgan files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 8th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court