IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUDISON GARCIA, on his own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED LOCATING SERVICES, LLC, and UNITED LOCATING SERVICES OF TEXAS, LLC, <br><br> Defendants. | CV 24–57–M–DLC <br><br><br><br> ORDER |

Before the Court is the parties' joint motion to stay case pending settlement. (Doc. 19.) Through the motion, the parties jointly move the Court for a 60-day stay of the case to allow the parties to further engage in settlement negotiations. (*Id.* at 1–2.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 19) is GRANTED. The parties are granted a 60-day stay.

IT IS FURTHER ORDERED that the parties shall file a status report on or before October 23, 2024.

DATED this 26th day of August, 2024.

1

Dana L. Christensen, District Judge
United States District Court