| | |
|---|---|
| Jeffrey M. Roth<br>CROWLEY FLECK PLLP<br>305 S. 4th Street E., Suite 100<br>Missoula, MT  59801-2701<br>Telephone: (406) 523-3600<br>jroth@crowleyfleck.com<br>egolz@crowleyfleck.com<br><br>*Attorneys for CCS Enterprises, LLC*<br>*and United Locating Services*<br>*of Texas, LLC* | C. Ryan Morgan, Esq.<br>Morgan & Morgan, P.A.<br>20 N. Orange Ave, 15th Floor<br>Orlando, FL 32801<br>Telephone: (407) 420-1414<br>RMorgan@forthepeople.com<br><br>Timothy C. Fox, Esq.<br>Morgan & Morgan, P.A.<br>6 Arrowhead Lane<br>Clancy, MT 59634<br>Telephone: (689) 219-2220<br>tfox@forthepeople.com<br><br>*Attorneys for Plaintiff and Class Members* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUDISON GARCIA, on his own behalf and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CCS ENTERPRISES, LLC and UNITED LOCATING SERVICES OF TEXAS, LLC,<br><br>    Defendants. | 9:24-cv-00057-DLC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Pursuant to this Court's Order (Doc. 28), the Parties hereby submit this Joint Notice of Settlement, notifying the Court that the Parties have resolved the matter in principle and are exchanging draft settlement agreements.  The Parties anticipate

being able to file an appropriate motion to approve within the next thirty (30) days.

Respectfully submitted this 27th day of May, 2025.

          MORGAN & MORGAN, P.A.
          By: */s/ C. Ryan Morgan*
               C. Ryan Morgan

          *Attorneys for Plaintiffs*

          CROWLEY FLECK PLLP
          By: */s/ Jeffrey M. Roth*
               Jeffrey M. Roth

          *Attorneys for CCS Enterprises, LLC*
          *and United Locating Services of Texas, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I filed the above with the Court's CMS/ECF system, which will send notice to each party.

          */s/ C. Ryan Morgan*