IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUDISON GARCIA, on his own behalf and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CCS ENTERPRISES, LLC and UNITED LOCATING SERVICES OF TEXAS, LLC,<br><br>    Defendant. | CR  24–57–M–DLC<br><br><br><br>ORDER |

Having fully and carefully reviewed the Joint Motion to Approve FLSA Settlement (Doc. 30) and the Parties Settlement Agreement (Doc. 30-1), the Court hereby enters FINAL JUDGMENT and ORDERS that:

1. The Settlement Agreement is APPROVED as a fair, equitable, and reasonable resolution of a bona fide dispute on the claims and FLSA provisions at issue in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The formula for allocation of settlement payments set forth in the Settlement Agreement is APPROVED as a fair, equitable, and

1

reasonable measure for distributing the settlement payment to Opt-in Plaintiffs;

3. All individuals who have filed consents to join this action as parties plaintiff and who remain in this Lawsuit as of the date of entry of this Order are hereby deemed to fully and unconditionally waive and release any and all Released Claims (as that term is defined in the Settlement Agreement) against any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement.

4. The attorneys' fees, costs, and the service payment as set forth in the Settlement Agreement, are APPROVED; and Defendants are hereby ORDERED to pay in accordance with and subject to the terms of the Settlement Agreement.

Accordingly, this Court enters JUDGMENT in accordance with this Order and in accordance with the terms of the Settlement Agreement. This case is DISMISSED WITH PREJUDICE, with all costs borne in accordance with the Settlement, and the Court retaining continuing jurisdiction as set forth herein.

DATED this 25th day of June, 2025.

2

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court